UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Jeremy W. & Staci J. Lawson | )   CASE No. 05-42271 |
| | ) |
| Debtor | ) |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Greater Lafayette Foot Care, P.O. Box 4699, Lafayette, IN 47903

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $2.03 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 95551 on September 3, 2009 to Greater Lafayette Foot Care at the address stated above. The check was not returned to the Trustee nor was the check presented for payment. The trustee placed a stale check void on the check and the Trustee has deposited the funds into the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 5th day of February, 2010.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248